**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Gessley Olivier,<br><br>*Debtor*. | Chapter 13<br>Case No.  24-14542-AMC |

**Order Granting Motion to Dismiss Chapter 13 Case**

And now, after consideration of the Motion to Dismiss Case filed by Debtor Gessley Olivier, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.



Date: _____

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge