United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-14542-amc

Gessley Olivier     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jan 02, 2025     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gessley Olivier, 828 Yeadon Ave, Lansdowne, PA 19050-3621 |
| 14962284 | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E 1830 E, Grand Rapids, MI 49546 |
| 14962300 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 03 2025 02:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2025 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14962280 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 03 2025 02:54:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14962281 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 03 2025 02:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14962282 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Jan 03 2025 02:54:00 | Child Support Enforcement, Attn: Bankruptcy 5050 West Tennessee St, Tallahassee, FL 32399-6586 |
| 14962283 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 03 2025 02:59:04 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14962285 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Jan 03 2025 02:54:00 | FirstPoint Collection Resources, Attn: Bankruptcy 225 Commerce Place, Greensboro, NC 27401-2426 |
| 14962286 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 03 2025 02:54:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14962287 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 03 2025 02:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14962288 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 03 2025 02:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14962289 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 03 2025 02:54:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 14962290 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 03 2025 02:59:10 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14962291 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 03 2025 02:54:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14962293 | ^ | MEBN | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 02, 2025 | Form ID: pdf900 | Total Noticed: 28 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | Jan 03 2025 02:51:44 | NY St Dept of Social Services, Attn: Bankruptcy 40 N Pearl St, Albany, NY 12207-2847 |
| 14962292 | Email/Text: Bankruptcies@nragroup.com | Jan 03 2025 02:54:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14962294 | Email/Text: fesbank@attorneygeneral.gov | Jan 03 2025 02:54:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14962297 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2025 02:59:10 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14962295 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2025 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14962296 | ^ MEBN | Jan 03 2025 02:51:37 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14962298 | + Email/Text: RASEBN@raslg.com | Jan 03 2025 02:54:00 | Robertson, Anschutz, Schneid, Crane & Partners, PL, Attn: Bankruptcy, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14962299 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 03 2025 02:54:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14962301 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 03 2025 02:54:00 | US Bank, PO box 5229, Cincinnati, OH 45201 |
| 14962302 | Email/Text: bankruptcy@usalliance.org | Jan 03 2025 02:54:00 | Usalliance, 411 Theodore Fremd Ave, Rye, NY 10580 |
| 14962303 | Email/Text: bankruptcy@usalliance.org | Jan 03 2025 02:54:00 | Usalliance Federal Cr, 600 Midland Avenue, Rye, NY 10580 |
| 14962304 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 03 2025 02:59:04 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2025 at the address(es) listed below:**

**Name**          **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 02, 2025 | Form ID: pdf900 | Total Noticed: 28 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Gessley Olivier help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Gessley Olivier, | Chapter 13 |
| --- | --- |
| *Debtor*. | Case No. 24-14542-AMC |

**Order Granting Motion to Dismiss Chapter 13 Case**

And now, after consideration of the Motion to Dismiss Case filed by Debtor Gessley Olivier, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: Jan 2 , 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge